# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 17-6626

RICHARD HOWARD BEALL, JR.,

       Plaintiff - Appellant,

    v.

GOVERNOR LAWRENCE HOGAN; 2 EAST STAFF; PAUL VINCE; TOM LEWIS; DIRECTOR ROBINSON; ADAM HOCKNER, Witness Defendant; JENAVIVE; PETER IKE; PETER,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:17-cv-00340-GJH)

Submitted: July 27, 2017                           Decided: August 1, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Howard Beall, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Howard Beall, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with the court's prior order directing him to file an amended complaint particularizing his claims. *See* Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Beall v. Hogan*, No. 8:17-cv-00340-GJH (D. Md. filed May 2, 2017 & entered May 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*